THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ANNE GRADY FLORES, Appellant.

Submitted April 24, 2017; decided April 27, 2017

Motion by Upstate Drone Action for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HARRIS, Appellant.

Submitted April 10, 2017; decided April 27, 2017

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MATTHEW KUZDZAL, Respondent.

Submitted April 10, 2017; decided April 27, 2017

Motion for assignment of counsel granted and Lyle T. Hajdu, Esq., c/o Erickson Webb Scolton & Hajdu, 414 East Fairmount Avenue, P.O. Box 414, Lakewood, NY 14750 assigned as counsel to the respondent on the appeal herein.